UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION


UNITED STATES OF AMERICA,

                Plaintiff,

v.                                                      Case No. 2:17-cr-28
                                                        HON. PAUL L. MALONEY

MARCO ANTONIO VELASQUEZ,

                Defendant.
_____/

## ORDER OF DETENTION

Defendant appeared before the undersigned on August 17, 2017, for an initial appearance and arraignment on the indictment charging defendant with Alien Felon Reentry. The government requested detention and advised there is an immigration detainer currently on defendant.

Defendant shall be detained pending further proceedings, but if he becomes eligible for release at a later time, he may request a hearing.

IT IS SO ORDERED.

                      /s/ Timothy P. Greeley
                      TIMOTHY P. GREELEY
                      UNITED STATES MAGISTRATE JUDGE

Dated: August 21, 2017